**Electronically Filed
Supreme Court
SCWC-11-0000713
29-SEP-2014
09:50 AM**

SCWC-11-0000713

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SUSAN BLAU, Respondent/Claimant-Appellee,

vs.

AIG HAWAII INSURANCE COMPANY,
Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000713; S.P. NO. 09-1-0041)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Respondent-Appellant AIG Hawaii Insurance

Company's application for writ of certiorari filed on August 21,

2014, is hereby rejected.

DATED: Honolulu, Hawai'i, September 29, 2014.

James T. Wong
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

